■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSARIO DI MAGGIO, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of LAUJACK RESTAURANT, INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed and petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.